UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Janet Glosson<br>4400 Triple Oak Drive<br>Valdosta, GA 31602 | Chapter 13<br><br>Case No: 15-70246-JTL |

### NOTICE OF OBJECTION TO CONFIRMATION

THE CHAPTER 13 TRUSTEE, KRISTIN HURST, HAS FILED PAPERS WITH THE UNITED STATES BANKRUPTCY COURT, P.O. BOX 2147, COLUMBUS, GA 31902 (706) 649 - 7837 TO DENY CONFIRMATION OF YOUR CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. SECTION 1324.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE).**

IF YOU DO NOT WANT THE COURT TO DENY CONFIRMATION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE OBJECTION, THEN YOU AND YOUR ATTORNEY MUST:

ATTEND THE HEARING SCHEDULED TO BE HELD ON 5/26/2015 AT 12:00P .M. IN COURTROOM, UNITED STATES BANKRUPTCY COURT, LOCATED AT:

FEDERAL BUILDING, 2ND FLOOR U.S. COURTROOM
N. PATTERSON STREET
VALDOSTA, GA

IF YOU AND YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

THIS NOTICE IS SENT BY THE UNDERSIGNED PERSUANT TO M.D.GA. LBR 9004-1(C)

THIS 19TH DAY OF MAY.

/s/ T. Michael Jones
T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document   (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

| | |
|---|---|
| Janet Glosson<br>4400 Triple Oak Drive<br>Valdosta,GA 31602 | Woodall & Woodall<br><br>(Counsel for Debtor) |

(Debtor)
This 19TH day of May 2015.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Janet Glosson<br>4400 Triple Oak Drive<br>Valdosta, GA 31602 | Chapter 13<br><br>Case No: 15-70246-JTL |

/s/  T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Janet Glosson<br>4400 Triple Oak Drive<br>Valdosta, GA 31602 | Chapter 13<br><br>Case No: 15-70246-JTL |

## OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee and shows the following:

The plan, as proposed, cannot be completed within five years.

At the time of filing bankruptcy, mortgage payments were more than four months in arrears. Pursuant to the local Rule, the current mortgage payment must be paid through the plan.

WHEREFORE, the Trustee prays that confirmation of the Chapter 13 case be denied.

This 19 day of May 2015.

/s/ T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

| | |
|---|---|
| Janet Glosson<br>4400 Triple Oak Drive<br>Valdosta, GA 31602<br><br>(Debtor) | Woodall & Woodall<br><br>(Counsel for Debtor) |

This 19 day of May 2015.

/s/ T. Michael Jones

T. Michael Jones GA Bar No. 403890 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com